**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als7** |
| Debtor(s) | |
| | Adversary No. **16-30001-als** |
| **Robert G. Schlegel** | |
| Plaintiff(s) | |
| vs. | SCHEDULING ORDER AND ORDER FOR TRIAL (EXPEDITED) |
| **Brown, Winick, Graves, Gross, Baskerville & Schoenbaum, PLC** | |
| **Edwards Auto Plaza, Inc.** | |
| Defendant(s) | |

**It IS ORDERED:**

1. All discovery in this matter shall be concluded no later than **MARCH 1, 2016**.

2. Dispositive motions, if any, shall be filed on or before March 8, 2016 and will be considered at the time of trial.

3. Unless the parties agree otherwise by written stipulation, Fed. R. Civ. P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply in this adversary proceeding.

4. This proceeding is set for a one day trial in Courtroom 1 at the U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa, 50309 on **March 11, 2016 at 9:00 a.m**.

5. The parties shall exchange exhibits and file their respective witness and exhibits lists no later than **MARCH 9, 2016.**

6. Exhibits for the Court's use shall be submitted to the Clerk's Office no later than **MARCH 9, 2016.**

   - **Exhibits must be in pdf format**. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov.
   - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
   - Plaintiff(s) shall use consecutive numbers; Defendant(s) shall use consecutive letters. If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
   - The exhibits submitted will be identified, stored and utilized to designate the official record.
   - If the parties intend to rely upon exhibits, their attorney shall be prepared to present their evidence electronically via their laptop or the ELMO document camera. More information is available on our website, www.iasb.uscourts.gov.

7. **Extension of deadlines or trial date.** This order has been issued based upon the parties' agreement for an expedited trial date. If the dates fixed herein present an undue burden on the **Plaintiff, Defendant, Edwards Auto Plaza, Inc. or their counsel,** prior to the expiration of the deadline, counsel shall file, and serve upon opposing counsel, a written request to alter such dates which shall contain: the reason for the extension of time; that counsel have conferred and whether there is any objection to the requested extension(s). Absent consent, deadlines shall not be extended and motions to continue the trial date shall not be granted except for good and verifiable cause. The Court reserves the right to act upon such motions without a hearing, if circumstances so mandate.

8. Private Information. To avoid the inadvertent disclosure of private data and other sensitive information, counsel shall refrain from eliciting or mentioning during trial or including in motions, exhibits or any other submissions required by this order any of the following restricted information, except in the manner noted:

   a. Social Security numbers: use only the last four digits;
   b. Financial account numbers: use only the last four digits;
   c. Names of minor children: use only initials;
   d. Dates of birth: use only year of birth; and
   e. Home addresses of witnesses; use only city and state of residence.

   If restricted information is mentioned in court, counsel or parties may ask to have it stricken from the record or partially redacted to conform to the judiciary's privacy policy.

9. Failure to comply with this order may result in the imposition of sanctions under Bankruptcy Rule 7016 and Fed. R. Civ. P. 16(f).

        /s/ Anita L. Shodeen
        Anita L. Shodeen
        U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Adversary Proceeding
☐ Everyone in this Adversary Proceeding
☒ Others:  Brown, Winick, Graves, Gross, Baskerville & Schoenbaum, PLC
        Edwards Auto Plaza, Inc.