# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Case No.: 14-02831-als7 |
| **GRETTER AUTOLAND, INC.,** | Chapter 7 (Converted from Chapter 11) |
| Debtor and Debtor in Possession. | Hon. Anita L. Shodeen |
| PO Box 947 | |
| Washington, IA 52353 | |
| EIN: 20-8695006 | |
| **ROBERT G. SCHLEGEL, ESQ., IN HIS CAPACITY AS CHAPTER 7 BANKRUPTCY TRUSTEE AND NOT INDIVIDUALLY** | Adversary Proceeding No. 16-30001-als  **MOTION TO DISMISS WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| **BROWN, WINICK, GRAVES, GROSS, BASKERVILLE & SCHOENEBAUM, PLC,** | Date: March 11, 2016  Time: 9:00 a.m.  Courtroom 1 |
| and | |
| **EDWARDS AUTO PLAZA, INC.,** | |
| Defendants. | |

**COMES NOW** Plaintiff, Robert G. Schlegel, Esq. in his capacity as Chapter 7 Bankruptcy Trustee, (hereinafter "Chapter 7 Trustee" or the "Plaintiff"), pursuant to the Federal Rule of Civil Procedure 41(a)(2), made applicable by Bankruptcy Rule 7041, and for his Motion to Dismiss without Prejudice, hereby states the following:

1. Upon exercise of his due diligence in review of the pleadings, hearing transcripts, and discovery, the Chapter 7 Trustee has determined that dismissal of this Complaint without prejudice is in the best interest of the bankruptcy estate.

2. The Chapter 7 Trustee reserves his right to re-file the Complaint in the future.

**WHEREFORE**, Plaintiff requests that the Court dismiss the Chapter 7 Trustee's Complaint without prejudice.

Dated:  March 1, 2016                           Respectfully Submitted,

                                                 /s/ Jeffrey D. Goetz
                                                Jeffrey D. Goetz, Esq., IS #9999366
                                                Bradshaw Fowler Proctor & Fairgrave P.C.
                                                801 Grand Avenue, Suite 3700
                                                Des Moines, IA  50309-8004
                                                515/246-5817
                                                515/246-5808 FAX
                                                goetz.jeffrey@bradshawlaw.com

                                                Counsel for Chapter 7 Trustee